AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERRY THOMAS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-047

v.

KENNETH D. PANGBURN, Individually and in His Official Capacity as Justice of the Municipal Court of Hinesville,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 6, 2023, the Magistrate Judge's Report and Recommendation is adopted in part such that civil action CV423-047, be consolidated into civil action CV423-046, Defendant's motion to dismiss is dismissed as moot, and this civil action stands closed.



| | |
|---|---|
| July 14, 2023 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *signature* |
| | (By) Deputy Clerk |

GAS Rev 10/2020